EDMOND L. ABEL ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWALK ET AL.

*Robert M. McAnerney,* in support of the petition.

*Eugene M. Kimmel* and *Jackie Chan,* in opposition.

Submitted June 11—decided June 25, 1974

ANDREW J. MELECHINSKY *v.* ROMAN J. LEXTON ET AL.

The plaintiff's "Motion for Mandamus in Filing of Appeal" from the Superior Court in Hartford County is dismissed.

*Andrew J. Melechinsky,* pro se, in support of the motion.

Submitted June 12—decided June 25, 1974

STEWART J. LEONARD *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWALK

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.